```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,   )   Criminal No. 08cr1382-IEG
                                 )
11              Plaintiff,       )   CONSENT TO RULE 11 PLEA IN A
                                 )   FELONY CASE BEFORE UNITED
12   v.                          )   STATES MAGISTRATE JUDGE,
                                 )   WAIVER OF PRESENTENCE REPORT
13   MIGUEL GAVILAN-CAMPOS       )   AND WAIVER OF OBJECTIONS FOR
                                 )   IMMEDIATE SENTENCING
14              Defendant.       )
                                 )
15   _____)
```

16       I have been advised by my attorney and by the United States
17  Magistrate Judge of my right to enter my plea in this case before
18  a United States District Judge.  I hereby declare my intention to
19  enter a plea of guilty in the above case, and I request and
20  consent to have my plea taken by a United States Magistrate Judge
21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22       I understand that if my plea of guilty is taken by the
23  United States Magistrate Judge, and the Magistrate Judge
24  recommends that the plea be accepted, the assigned United States
25  District Judge will then decide whether to accept or reject any
26  plea agreement I may have with the United States and will
27  adjudicate guilt and impose sentence.

28       I further understand that due to my request for immediate

K:\COMMON\CSA\forms\2005\consents.wpd

1  sentencing in this case, I am waiving the preparation of a
2  presentence report and I am also waiving any objections I may
3  have to the Magistrate Judge's findings and recommendation
4  concerning the entry of my guilty plea.

7  Dated: 5-23-08                    X_____
                                        Defendant

11 Dated: 5.23.08                    _____
                                        Attorney for Defendant

14      The United States Attorney consents to have the plea in this
15 case taken by a United States Magistrate Judge pursuant to
16 Criminal Local Rule 11.2 and further waives a presentence report
17 in this case as well as any objections to the Magistrate Judge's
18 findings and recommendation concerning the entry of the guilty
19 plea.

22 Dated: 5-27-08                    _____
                                        Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd